**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL WAYNE BLANCHE, | Case No. CV 17-1632-JAK (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| DAVID SHINN, | |
| Respondent. | |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 21, 2017

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE